**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ELIZABETH PAYNE,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  21-102** |
| | : | |
| **CHARLES RITTER, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

        **AND NOW**, this __2nd__ day of September, 2021, upon consideration of the parties'

letter informing the Court that this matter has settled, dated August 26, 2021, **IT IS HEREBY**

**ORDERED AND DECREED** that this matter is **DISIMISSED WITH PREJUDICE**, pursuant

to Local Rule 41.1(b).

        **IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as

**CLOSED** for statistical purposes.


                                                **BY THE COURT:**

                                                **/s/ Petrese B. Tucker**
                                                **_____**
                                                **Hon. Petrese B. Tucker, U.S.D.J.**